# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3234
LT Case No. 16-2022-CA-6035

_____

RICHARD HOUSER,

    Appellant,

    v.

THE VILLAGE AT SAN JOSE, LP,
OAKS AT SAN JOSE 200, LLC,
RICHARD HYMAN ENTERPRISES,
LLC, and DEREK ENTERPRISES
CO.,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Michael Scott Sharrit, Judge.

Richard Houser, Jacksonville, pro se.

Dwight O. Slater, of Conroy Simberg P.A., Tallahassee, and
Hinda Klein, of Conroy Simberg P.A., Hollywood, for Appellee,
The Village at San Jose, LP.

No Appearance for other Appellees.

November 6, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____